## Commonwealth *v.* Chapman, Appellant.

Argued September 21, 1970. *David H. Kubert,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.